In the Matter of the Estate of GEORGE FOWLER, Deceased.

JAMES R. DUNCAN et al., as Trustees under the Will of GEORGE FOWLER, Deceased, et al., Respondents; GEORGE W. FOWLER, Appellant.

Argued May 25, 1942; decided June 18, 1942.

*Clinton DeWitt Van Siclen, Wilbur R. Shook* and *John G. Powers* for appellant.

*William Bradford Roulstone* and *Adam Frank* for Florence L. Hutson, respondent.

*Charles W. Turner* and *John M. Keane* for James R. Duncan et al., as trustees, respondents.

Order affirmed, with costs payable out of the fund. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.